# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

Francis Energy, LLC,

                             Plaintiff(s),

vs.                                               Case No.: 22-cv-00008-CVE-JFJ

Broadband Telcom Power, Inc.,          **MINUTE ORDER**

                            Defendant(s).

     An order having been made remanding the above-numbered case to the Tulsa County District Court. We are transmitting herewith certified copies of the order and District Court docket sheet in the action.

                                                   Mark C. McCartt, Clerk of Court

                                                   s/ S. Clark
                                                   _____

                                                   By: S. Clark, Deputy Clerk